# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MICHAEL CARTER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED DEVELOPMENT FUNDING IV, HOLLIS M. GREENLAW, and CARA D. OBERT,<br><br>Defendants. | Case No. 3:15-cv-4030-C |
| THE CHARLES G. AND ROSE M. FAIRBANKS LIVING TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED DEVELOPMENT FUNDING IV, HOLLIS M. GREENLAW, and CARA D. OBERT,<br><br>Defendants. | Case No. 3:15-cv-04055-C |
| James and Jennifer Anderson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>United Development Funding IV, Hollis M. Greenlaw, and Cara D. Obert,<br><br>Defendants. | Case No. 3:16-cv-00456-M<br><br><br><br><br><br><br><br><br><br><br><br>*Oral Argument Requested* |

1

### MOTION OF DAN SCHON AND BRIAN THOMAS FOR APPOINTMENT AS CO-LEAD PLAINTIFFS, APPROVAL OF THEIR SELECTION OF LEAD AND <u>LIAISON COUNSEL AND CONSOLIDATION OF RELATED CASES</u>

Movants Dan Schon and Brian Thomas, through their undersigned counsel, hereby moves this Court for an Order:

1. Appointing Movants as Co-Lead Plaintiffs in the above-captioned action;

2. Appointing the law firm Block & Leviton LLP as Lead Counsel;

3. Appointing the law firm The Briscoe Law Firm, PLLC as Liaison Counsel; and

4. Consolidating the above captioned related cases.

This Motion is supported by the accompanying Memorandum of Law, Declaration of Willie C. Briscoe and the exhibits attached thereto, the Joint Declaration of Dan Schon and Brian Thomas, a proposed Order, and all of the prior pleadings and proceedings had herein, and such other written and/or oral argument as may be presented to the Court.

Dated: February 19, 2016                                Respectfully submitted,

/s/ Willie C. Briscoe
**WILLIE C. BRISCOE**
**THE BRISCOE LAW FIRM, PLLC**
TEXAS BAR NO. 24001788
8150 North Central Expressway, Suite 1575
Dallas, Texas 75206
Tel. (214)239-4568
Fax. (281)254-7789
wbriscoe@thebriscoelawfirm.com

*Proposed Liaison Counsel for the Class*

2

        **BLOCK & LEVITON LLP**
        Jeffrey C. Block, *pro hac vice to be filed*
        Jacob A. Walker, *pro hac vice to be filed*
        155 Federal Street, Suite 400
        Boston, Massachusetts 02110
        Telephone: (617) 398-5600
        Facsimile: (617) 507-6020
        Jeff@blockesq.com
        Jake@blockesq.com

        *Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record through the CM/ECF system for the United States District Court for the Northern District of Texas.  All counsel not enrolled to receive electronic notice will be served by regular U.S. Mail.


        /s/ Willie C. Briscoe
        WILLIE C. BRISCOE